AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:26-cr-00068-01 |
| ADRENE JEROME GRAY | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

REC'D USMS-D/ND
2026 APR 2 12:28

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Adrene Jerome GRAY                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Distribution of Controlled Substances
Possession with Intent to Distribute Controlled Substances
Aiding and Abetting

Date:   04/02/2026

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)*  4/2/2026        , and the person was arrested on *(date)*  4/10/2026
at *(city and state)*  Bismarck, ND                      .

Date:   4/14/2026

*Arresting officer's signature*

Alec Johnston on behalf of DEA
*Printed name and title*